**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 96-3359

| | | |
|---|---|---|
| H.D.N. Child, a minor, by his mother | * | |
| and next friend, A.B., on behalf of | * | |
| himself and all others similarly situated; | * | |
| A.B., as mother and next friend for | * | |
| minor, H.D.N. Child, | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Brenda Roberts, Deputy Juvenile | * | |
| Officer for the Fifteenth Judicial Circuit, | * | [UNPUBLISHED] |
| Saline County, Missouri; in her | * | |
| individual and official capacities and as | * | |
| representative of all juvenile officers in | * | |
| the State of Missouri, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: June 11, 1997
Filed: June 23, 1997

_____

Before BOWMAN, FLOYD R. GIBSON, and MORRIS SHEPPARD ARNOLD,
Circuit Judges.

_____

PER CURIAM.

H.D.N. Child, who along with his mother was the plaintiff below, appeals the order of the District Court[1] dismissing plaintiffs' claims as moot. The child also appeals the order of the District Court denying plaintiffs' motion to certify a class of similarly situated plaintiffs.

Having considered the case, we conclude that the District Court's determination of mootness was correct. We further conclude that the District Court did not abuse its discretion by denying certification of the proposed class. Accordingly, the orders of the District Court are

AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.